No. 504. COPPER RIVER MINING COMPANY, PETITIONER, *v.* R. F. McCLELLAN ET AL. January 2, 1906. Petition for a

writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles H. Aldrich* and *Mr. W. B. Heyburn* for petitioner. *Mr. Frank D. Arthur, Mr. John A. Carson* and *Mr. Frederick DeC. Faust* for respondents.